UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-TP-14013-KMM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

LEE MICHAEL HARRISON,

        Defendant.
_____/

## REPORT AND RECOMMENDATION

    Mr. Harrison is alleged to have committed five violations of his supervised release between November 2022 and July 2023. ECF No. 2. The supervised release violations arose from Mr. Harrison being charged with violating multiple Florida criminal laws. At a status hearing on June 21, 2022, the United States Attorney's Office reported that the state charges had been resolved and that the Government no longer wanted to pursue the alleged supervised release violations. The United States Probation Officer concurred in dismissing the violation petition. **WHEREFORE,** it is **RECOMMENDED** that the District Court dismiss the violation petition.

    **DONE and SUBMITTED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 24th day of June 2024.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE